VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
vnelson@nelsonlawfirmlv.com
mingleby@nelsonlawfirmlv.com
*Attorneys for Plaintiff David Rowe*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROWE,<br><br>  Plaintiff,<br><br>v.<br><br>WEST ASSET MANAGEMENT, INC., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No.: 2:17-cv-02806-MMD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS GLOBAL RECEIVABLES SOLUTIONS, INC. f/k/a WEST ASSET MANAGEMENT, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC. WITHOUT PREJUDICE** |

Plaintiff DAVID ROWE ("Plaintiff"), and Defendants GLOBAL RECEIVABLES SOLUTIONS, INC. f/k/a WEST ASSET MANAGEMENT, INC. and EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendants"), HEREBY STIPULATE that Defendants GLOBAL RECEIVABLES SOLUTIONS, INC. f/k/a WEST ASSET MANAGEMENT, INC. and EXPERIAN INFORMATION SOLUTIONS, INC. shall be dismissed from this action, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear his or its own attorneys' fees and costs incurred herein.

| DATED this 4th day of April, 2018 | DATED this 4th day of April, 2018 |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | NAYLOR & BRASTER |
| */s/Vernon Nelson* | */s/ Jennifer L. Braster* |
| VERNON A. NELSON, JR., ESQ. | Jennifer L. Braster, Esq. |
| Nevada Bar No.: 6434 | Nevada Bar No. 9982 |
| MELISSA INGLEBY, ESQ. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No.: 12935 | Las Vegas, NV 89145 |
| 9480 S. Eastern Ave., Ste. 252 | Tel: 702-420-7000 |
| Las Vegas, NV 89123 | Fax: 702- 420-7001 |
| Tel.: 702-476-2500 | Email: jbraster@naylorandbrasterlaw.com |
| Fax : 702-476-2788 | *Attorneys for Experian Information Solutions, Inc.* |
| Email: vnelson@nelsonlawfirmlv.com | |
| Email: mingleby@nelsonlawfirmlv.com | |
| *Attorney for Plaintiff David Rowe* | |

DATED this 4th day of April, 2018

SESSIONS FISHMAN NATHAN & ISRAEL, LLC

*/s/ Shannon G. Splaine*
James Kevin Shultz, Esq.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: 619-758-1891
E-Mail: jschultz@sessions.legal
**AND**
LINCOLN GUSTAFSON & CERCOS
Shannon G. Splaine, Esq.
3960 Howard Hughes Prkwy, Suite 200
Las Vegas, NV 89169
Telephone: 702-257-1997
Facsimile: 702-257-2203
E-Mail: ssplaine@lgclawoffice.com
*Attorneys for Global Receivables Solutions, Inc. f/k/a West Asset Management, Inc.*

## **ORDER**

**IT IS SO ORDERED** per the stipulation of the parties, Defendants GLOBAL RECEIVABLES SOLUTIONS, INC. f/k/a WEST ASSET MANAGEMENT, INC. and EXPERIAN INFORMATION SOLUTIONS, INC., shall be dismissed from this action without prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiff DAVID ROWE and Defendants GLOBAL RECEIVABLES SOLUTIONS, INC. f/k/a WEST ASSET MANAGEMENT, INC. and EXPERIAN INFORMATION SOLUTIONS, INC., shall bear their own costs and attorney's fees.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: April 4, 2018

CASE NO.: 2:17-cv-02806-MMD-CWH